## SECOND DEPARTMENT, MAY, 1931.

SHEPARD BENJAMIN, Appellant, v. WILLIAM POTRUCH and Others, Respondents.— Permission is granted to appellant to file exceptions to the decision in this case within five days. Upon proof to this court that this has been done, the appeal will be decided upon the merits. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

JOSEPH DE MATTEIS, Respondent, v. McGOLRICK REALTY COMPANY, INC., Appellant, and PEEKSKILL MOTOR BUS CORPORATION and Others, Defendants.— Order granting a preference, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ., concur.

J. LOUIS FLEISCHER, Respondent, v. SALLY W. TERKER, Appellant, and REBA RUNES, Defendant.—Order granting judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents upon the ground that the defense presents an issue of fact to be tried.

HERMAN GOLDSCHMIDT, Appellant, v. JACOB RUDIN, Respondent.— Order and judgment reversed upon the law, with costs to abide the event, and motion for judgment on the pleadings denied, with ten dollars costs. The complaint sufficiently alleges that the condition precedent with respect to the passing of title did not occur as a consequence of a fault of the defendant in refusing to make the conveyance. The applicability of Levy v. Forster (224 App. Div. 463) can be determined only upon the trial. Young, Kapper, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Judicial Settlement of the Account of GUISIPPINA PARASCANDOLA, as Administratrix with the Will Annexed, etc., of JOSEPH AUDITORE, Deceased, Respondent. NATIONAL SURETY COMPANY, Appellant; THOMAS CRADOCK HUGHES, Special Guardian for PAULINE AUDITORE and Others, Infants, and Others, Respondents.*— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs. If we were to assume that the income taxes imposed in 1929 represent valid corporate debts for income taxes for the years claimed, the necessary corollary is that the corporate profits for those years were many times the amount of the alleged taxes, and in that light would not indicate insolvency of the corporation. Present — Lazansky, P. J., Kapper, Carswell and Scudder, JJ.; Tompkins, J., not voting. [136 Misc. 664.]

In the Matter of the Judicial Settlement of the Intermediate Account of Proceeding of MANUFACTURERS TRUST COMPANY, as Executor, etc., of MICHAEL W. BUSH, Deceased. MARYLAND CASUALTY COMPANY, Appellant; MANUFACTURERS TRUST COMPANY and Others, Respondents.— Decree of the Surrogate's Court of Queens county, in so far as it disallows the contingent claim of appellant, unanimously affirmed, with a separate bill of costs against appellant in favor of each respondent filing a brief on this appeal. No opinion. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.